

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-23-2001

# Henglein v. Colt Ind Operating

Precedential or Non-Precedential:

Docket 00-2529 & 00-2746

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Henglein v. Colt Ind Operating" (2001). *2001 Decisions.* Paper 190.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/190

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 00-2529 & 00-2746
_____

GEORGE W. HENGLEIN;
L. C. ALBACKER; R. B. ANDREWS;
R. L. APPELDORN; R. H. ASHENBAUGH;
A. L. AUSTIN; J. W. BAGOSI; J.D. BALSER;
A. BARRASSO; J. O. BAUER; E. E. BEST;
H. W. BIGLEMAN; C. R. BLAZIER; J. P. BRESSANELLI;
G. D. BROWN; F. C. BUCHHOLZ; E. C. CALVIN;
R. R. CAMPBELL; P. D. CASTELLANO; J. L. CERASI;
E. CHAPMAN; S. CHRISTY; T. M. COSTELLO;
C. A. DAUKA; A. J. DECOSTA; M. G. DEGRANDE;
A. S. DICCIO; A. P. DIMARZIO; C. J. DIMARZIO;
R. J. DOUGHERTY; M. DRUGA; E. P. ERATH;
E. P. FAHNERT; H. FARRINGTON; M. FERLAINO;
R. D. FEYDO; E. R. FINGER; J. N. FLARA;
N. E. FREDERICK; J. P. FRENN; R. E. FRONKO;
L. L. GIBBS; W. L. GLEASON; L. E. GORDON;
R. W. GOTT; J. E. GRIMM; P. E. GRUBBS; E. R. GUERRA;
A. J. GULUTZ; J. T. HAAF; J. D. HAMACHER, JR.;
P. J. HANNON; R. M. HANSEN; M. I. HARPHAM;
D. H. HELDMAN; J. K. HILE; R. S. HOGSETT;
        R. T. HOPPER; H. M. HOWELL; W. M. HYAMS;
J. M. JANKE; C. L. JOBE; K. H. JOHNS;
R. O. JOHNSON, JR.; E. T. JONES; R. KAO;
D. P. KERR, JR.; P. A. KEYS; R. W. KNALLAY;
E. E. KNAPEK; W. J. KOFALT; S. W. KOHLER;
T. KOMINITSKY; T. R. KRUPA; P. R. KULLEN;
J. R. KUNDICK; W. LAKE; D. F. LAVENE; T. T. LEHMANN;
R. H. LEWIS; R. A. LIPPERT; W. R. LIVINGSTON;
        J. H. LUTTON; A. J. LYNN; D. B. MCCLAIN;
P. F. MCNICOL; E. L. MARSH; F. S. MATSUKAS;
H. J. MERCER; A. R. MIDDLETON; M. MITROVICH;
        M. A. MOLCHAN; R. A. MONTGOMERY; R. T. MORELLI; A. N.
MORRISON; H. MRAUNAC; M. R. MUCKIAN;
C. W. MURRAY, III; C. J. MYERS; L. V. NAGLE;
D. A. NOBERS; J. A. NUZO; E. ORDICH; W. H. ORR;
T. H. PARSONS; A. J. PASKO; H. S. PEASE, III;
G. J. PESCION; G. V. PETERSON; J. J. POPP;
G. P. PORTO; G. POSTICH; D. E. POWELL;
R. W. PRENTICE; J. V. PRESUTTI; W. C. PRICE;
L. E. RAYKOVICS; T. R. REED; J. W. REIDER; J. J. ROSE;
A. J. ROSEPILLER; C. S. RUSSELL; K. E. SANDERS;
M. A. SARVER; P. K. SCHAKE; J. W. SCHOLTZ;
A. H. SCHELINE; M. L. SHERRY; F. R. SHUSS;
W. W. SIMPSON; A. E. SIX; J. E. SMITH; E. H. SPAZIANI;
W. H. STEPHENS; C. D. STROSNIDER; J. F. SUFFOLETTA;

H. L. TAYLOR; K. E. THOMAS; F. S. THORNBERRY, JR.;
J. R. TICE; D. A. TOWNLEY; R. TRBOVICH; R. T. TURNER;
H. B. VAN FOSSEN; R. R. VLAH; A. VRANES; S. VRANES;
D. W. WARE; K. G. WASSMAN; G. T. WEEKLEY;
E. M. WERRIES; D. L. WESTFALL; J. A. WHITEHEAD;
R. J. WHITTEN; C. K. WILDMAN; T. WILLIAMS, JR.;
T. H. WILLS; A. J. YANNI; L. H. YOUNG, JR.;
R. C. YOUNG; H. F. YUTE,

                              Appellants

                    v.

COLT INDUSTRIES OPERATING CORPORATION,
informal plan for plant shutdown benefits for
salaried employees and Colt Industries Operating
Corporation Plan for maintaining benefits for
salaried employees in parity with benefits granted to
union represented employees.

                    Cross-Appellants

                    _____

       ON APPEAL FROM THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
                    (D.C. No. 86-cv-02021)
           District Judge:  Honorable Donald J. Lee
                    _____

                    Argued May 3, 2001
     Before: NYGAARD, WEIS, Circuit Judges, and KAUFFMAN,
                                        District Judge
                    _____

              ORDER AMENDING SLIP OPINION
                    _____

       IT IS HEREBY ORDERED that the Slip Opinion in the above case
filed
August 10, 2001, be amended as follows:
       Page 19, line 2 should read:
       the intention of the sponsor as was not inadmissible.


                    BY THE COURT:

                    /s/Joseph F. Weis
                    _____
                    United States Circuit Judge

Dated: August 23, 2001